UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN NORMAN                                                                 CIVIL ACTION

VERSUS                                                                      NO.  06-2008

BURL CAIN, WARDEN                                                           SECTION "I"(2)

# J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of respondent, Warden N. Burl Cain, and against petitioner, John Norman, dismissing Norman's petition for issuance of writ of habeas corpus under 28 U.S.C. § 2254 with prejudice.

New Orleans, Louisiana, this \_\_\_\_\_13th\_\_\_\_\_ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE